N. MENDAL SHAFER, Respondent, *v.* JAMES W. GUEST, Appellant.

*Peter B. Ross* for the respondent.

Judgment affirmed by default.

---

STEWART McDOUGALL et al., Appellants, *v.* THORN WALLING, Respondent.

*G. W. Niles* for the respondent.

Judgment affirmed by default.